In the Matter of ANNIE WALLACH, Appellant, against PAUL L. Ross et al., Constituting the Temporary City Housing Rent Commission, Respondents.

Argued December 1, 1948; decided January 6, 1949.

*David I. Michaelson* for appellant.

*John P. McGrath, Corporation Counsel (Stanley Buchsbaum, Seymour B. Quel* and *Nathan W. Math* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.